## MADDIN v. McCORMICK.

No. 1590.   Opinion Filed January 10, 1911.

**APPEAL AND ERROR—Failure to File Briefs—Dismissal.**   Syllabus same as in **Leavitt v. Commercial Nat. Bank,** 26 Okla. 164, 109 Pac. 71.

*Error from Superior Court, Muskogee County; Farrar L. McCain, Judge.*

Action between Fred V. Maddin and F. P. McCormick.   From the judgment, Maddin brings error.   Dismissed.

*S. V. O'Hare,* for plaintiff in error.
*J. B. Furry,* for defendant in error.

WILLIAMS, J.   The facts in this case are identical with those in *Maddin v. McCormick*, No. 1646 (*ante*), heretofore decided on this day, and the opinion in that case controls this case.

The motion to dismiss is, therefore, sustained.

All the Justices concur.